IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civ. No. 5:21-cv-373-D

| | |
|---|---|
| CAROL P. RICKS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) ORDER |
| KILOLO KIJAKAZI, | ) |
| Acting Commissioner of Social | ) |
| Security, | ) |
| | ) |
| Defendant. | |

This matter is before the Court on Plaintiff's Complaint and Defendant's

Motion for Remand to the Commissioner. Plaintiff, through counsel, consents to

Defendant's Motion for Remand to the Commissioner.

For good cause shown, the Court hereby reverses the Commissioner's decision

under sentence four of 42 U.S.C. § 405(g) and remands the case to the

Commissioner for further proceedings. See Shalala v. Schaefer, 509 U.S. 292

(1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991).

The Clerk of the Court is directed to enter a separate judgment pursuant to

Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this _3_ day of December, 2021.

JAMES C. DEVER III
United States District Judge