UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| CAROL RICKS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KILOLO KIJAKAZI, Acting Commissioner of )<br>Social Security, )<br>Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 5:21-CV-373-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings.

**This Judgment Filed and Entered on December 3, 2021, and Copies To:**
Derrick Kyle Arrowood                                        (via CM/ECF electronic notification)
David M. Mansfield                                              (via CM/ECF electronic notification)


DATE:                                                    PETER A. MOORE, JR., CLERK
December 3, 2021                               (By) /s/ Nicole Sellers
                                                                    Deputy Clerk